IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Payne, Vivina Adele

Printed: 8/5/08

Case Number: 05 B 07321
Judge: Squires, John H
Filed: 3/2/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: June 25, 2008
Confirmed: May 4, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 32,198.08 |  |
| Secured: |  | 21,586.56 |
| Unsecured: |  | 6,555.24 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,400.00 |
| Trustee Fee: |  | 1,656.28 |
| Other Funds: |  | 0.00 |
| Totals: | 32,198.08 | 32,198.08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,400.00 | 2,400.00 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | Citi Residential Lending Inc | Secured | 12,508.13 | 12,508.13 |
| 4. | CitiFinancial Auto Credit Inc | Secured | 9,078.43 | 9,078.43 |
| 5. | United Collection Bureau Inc | Unsecured | 327.79 | 261.00 |
| 6. | Peoples Energy Corp | Unsecured | 2,474.63 | 0.00 |
| 7. | Michael Reese Hospital | Unsecured | 1,890.96 | 1,505.65 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 1,153.63 | 918.56 |
| 9. | Verizon Wireless | Unsecured | 531.79 | 423.43 |
| 10. | CitiFinancial Auto Credit Inc | Unsecured | 4,328.62 | 3,446.60 |
| 11. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 12. | Nationwide Credit & Collection | Unsecured |  | No Claim Filed |
| 13. | Enterprise Rent A Car | Unsecured |  | No Claim Filed |
| 14. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 15. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 16. | Northwest Collectors | Unsecured |  | No Claim Filed |
| 17. | Account Recovery Service | Unsecured |  | No Claim Filed |
| 18. | Risk Management Alternatives | Unsecured |  | No Claim Filed |
| 19. | Ricken Backer Collectors | Unsecured |  | No Claim Filed |
| 20. | Illinois State Tollway | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 34,693.98 | $ 30,541.80 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 172.71 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Payne, Vivina Adele

Printed:  8/5/08

Case Number:  05 B 07321
Judge:  Squires, John H
Filed:  3/2/05

|   |   |
|---:|---:|
| 3% | 62.90 |
| 5.5% | 518.36 |
| 5% | 85.21 |
| 4.8% | 122.69 |
| 5.4% | 451.70 |
| 6.5% | 242.71 |
|   | _____ |
|   | $ 1,656.28 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

